| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wanger, Oliver W. | United States District Court Eastern District of California | 05/14/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 7801 United States Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/14/96 | George O'Tool, OWW, Paul Aloe & James Publishing, agreement to write manuscript for trial practice book, 3 1/3% royalty on receipts. Only $1,000 paid. |
| 2. | |
| 3. | |

2009 MAY 18 A 11: 35
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1/8/08 | County of Fresno |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Mutual Fund | C | Dividend | L | T | | | | | |
| 2. Central Valley Dev. Co. Common Stock | A | Rent | J | V | | | | | |
| 3. CNA Financial Corp Notes 12/18/08 | A | Interest | K | T | Redeemed | 12/08 | K | A | |
| 4. BankAmCorp. Sub. Notes 3/4/97 | A | Interest | J | T | | | | | |
| 5. Citibank S.D. Deposit Program | A | Interest | K | T | | | | | |
| 6. First Eagle Overseas Fund | C | Dividend | K | T | | | | | |
| 7. Inv. Co. of America | A | Dividend | J | T | | | | | |
| 8. MFS International New Discovery Fund | B | Dividend | K | T | | | | | |
| 9. Morgan Stanley Notes 5/15/10 | A | Interest | K | T | | | | | |
| 10. Verison Pennsylvania 11/13/01 | A | Interest | J | T | | | | | . |
| 11. Goldman Sachs Group 7/15/13 | A | Interest | K | T | | | | | |
| 12. Franklin Income Fund | A | Interest | K | T | | | | | |
| 13. Caterpillar Fin. Services Note 4/15/10 | A | Interest | J | T | | | | | |
| 14. Gen. Elec. Cap. Corp. Note 4/15/11 | A | Interest | J | T | | | | | |
| 15. Hartford Life Global Funding 4/15/12 | A | Interest | J | T | Redeemed | 4/15 | J | A | |
| 16. American Gen. Fin. Corp. Note 5/15/09 | A | Interest | J | T | | | | | |
| 17. Merrill Lynch Note 6/15/10 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Caterpillar Fin. Services Note 6/15/09 | A | Interest | J | T | | | | | |
| 19. Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 20. Daimler Chrysler North Am. Note 10/15/08 | A | Interest | | | Redeemed | 10/15 | K | A | |
| 21. Genetech Inc. | | None | | | Sold | 09/24 | K | A | |
| 22. Miss Ranier - Horse ● | | None | K | V | | | | | |
| 23. Luke's Finest - Horse ● | | None | K | V | | | | | |
| 24. Summa Int'l Pharmaceuticals, Inc. common stock ● | | None | | | Sold | 09/10 | J | A | |
| 25. Delaware Dividend Fund | | None | | | Sold | 01/24 | K | A | |
| 26. Royce Pennsylvania Mutual Fund | A | Dividend | K | T | | | | | |
| 27. Isreal Discount Bank | A | Interest | | | Sold | 01/03 | K | A | |
| 28. Indy Mac Bank FSB 9/07/07 CD | A | Interest | | | Sold | 01/07 | K | A | |
| 29. Doral Bank P.R. 8/30/07 CD | A | Interest | | | Sold | 03/05 | K | A | |
| 30. GMAC Bank WT 9/05/07 CD | A | Interest | | | Sold | 03/05 | K | A | |
| 31. First Sound Bank 6/29/07 CD | A | Interest | | | Sold | 03/25 | K | A | |
| 32. Bank of Baroda - NY 9/28/07 CD | A | Interest | | | Sold | 03/28 | K | A | |
| 33. Capmark Bank - UT 9/26/07 CD | A | Interest | | | Sold | 07/03 | L | A | |
| 34. Silver Lance - Horse ● | | None | K | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Compass Bank AL 01/24/07 CD | A | Interest | | | | | | | |
| 36. Exxon Mobil Corp. common stock ● | | None | J | T | Buy | | J | A | |
| 37. Exxon Mobil Corp (continued from line 36) | | | | | Sold | | J | A | |
| 38. Starbucks Corp. common stock ●） | | None | | | Sold | 12/24 | J | A | |
| 39. Washington Mut. Bank NV 07/23/08 CD | A | Interest | | | Buy | 01/08 | L | A | |
| 40. Washington Mut. Bank (continued from line 39) | | | | | Sold | 07/23 | J | A | |
| 41. Banco Bilbao Viz. Arg. 03/28/08 CD | A | Interest | | | Buy | 03/28 | L | A | |
| 42. Banco Bilbao (continued from line 41 above ) | | | | | Sold | 06/03 | L | A | |
| 43. Doral Bank PR 07/01/08 CD | A | Interest | | | Buy | 03/26 | L | A | |
| 44. Doral Bank PR (continued from line 43 above) | | | | | Sold | 07/01 | L | A | |
| 45. Washington Mut. Bank-NV 04/09/09 CD | A | Interest | L | T | Buy | 07/01 | L | | |
| 46. Eurobank - PR 05/13/09 CD | A | Interest | L | T | Buy | 08/05 | L | | |
| 47. G.E. Capital Financing Inc. - UT 05/13/09 CD | A | Interest | L | T | Buy | 08/05 | L | | |
| 48. G.E. Money Bk - UT 03/20/09 CD | A | Interest | J | T | Buy | 12/23 | J | | |
| 49. Citibank NA-NV 06/30/09 CD | A | Interest | K | T | Buy | 12/25 | K | | |
| 50. Redvette Foal ● | | None | J | V | | 03/18 | J | A | |
| 51. Vickie's Mandate Horse ● | | None | J | V | Buy | 08/04 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chesapeake Energy Common Stock ● | | None | | | Buy | 04/17 | J | A | |
| 53. Chesapeake Energy (continued from line 52 above) | | | | | Sold | 06/16 | J | A | |
| 54. Churchill Downs Common Stock ● | | None | | | Buy | 04/22 | J | A | |
| 55. Churchill Downs (continued from line 54 above) | | | | | Sold | 07/22 | J | A | |
| 56. Gilead Service Common Stock ● | | None | | | Buy | 08/09 | | A | |
| 57. Gilead Service (continued from line 56 above) | | | | | Sold | 09/24 | | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger, Oliver W. | 05/14/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544